■ DIANA G. NORCROSS, Respondent, v LINDA M. COOK, Appellant.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hayes, J. (Appeal from judgment of Supreme Court, Onondaga County, Hayes, J. —declaratory judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lowery, JJ.